# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159981(54)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

VICTORIA CATHERINE PAGANO,
        Defendant-Appellant.

_____/

SC: 159981
COA: 340859
Huron CC: 17-105478-AR

On order of the Chief Justice, the second motion of defendant-appellant to extend the time for filing her brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before April 7, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2020



Clerk